# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

## CRIMINAL MINUTES - INITIAL APPEARANCE - COMPLAINT

Case No.: 1:13-MJ-00142          Date:  April 15, 2013

**Defendant: Audrey Elaine Elrod, Custody**          **Counsel: Brian Beck, AFPD**

| PRESENT: | | |
|---|---|---|
| JUDGE: | Pamela Meade Sargent | TIME IN COURT:  3:52 – 4:23 p.m. |
| Deputy Clerk: | Felicia Clark | 4:34 – 4:54 p.m. |
| Court Reporter: | Felicia Clark, FTR | |
| U. S. Attorney: | Randy Ramseyer | |
| USPO: | Angela Sullivan | |
| Case Agent: | Trevor McMurray | |
| Interpreter: | N/A | |

## INITIAL APPEARANCE

☒ Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings.
☐ Government moves to unseal case. Court grants or denies motion.
☒ Defendant requests appointment of counsel. CJA 23 completed. Counsel was appointed for court hearing.
☐ Defendant to next appear for a preliminary hearing on date and time before Judge _____.
☒ Defendant, through counsel, concedes that the government has probable cause to proceed.
☐ Government has no objection to defendant being released on bond.
☒ Deft. released on bond. Bond set at $10,000.00, unsecured. Appearance bond and Order Setting Conditions of Release to follow.
☒ Government moves for detention.
☐ Government moves for continuance of detention hearing.
☐ Defendant(s) moves for continuance of detention hearing.
☐ Detention hearing continued to new hearing date.
☒ Detention hearing held. Government presented evidence. Government Witness: Angela Sullivan, USPO / Trevor McMurray, IRS Agent. Defense proffered evidence to the court. Oral argument by the government. Oral argument by the defense.
☐ Findings of Fact:
☐ Deft. remanded to custody. Orders to follow: type of order(s)
☐ Deft. notified of right to consular notification under the Vienna Convention.

In addition to the standard conditions of release, the following special conditions of release are imposed:

(a) The defendant shall avoid contact outside the presence of his/her counsel with any alleged victims or potential witnesses regarding his/her case. Defendant shall have no contact with Hassan Alromiah, his brother, Duke and Sinclair.
(b) The defendant shall report as directed by the probation officer, shall follow the direction of the probation officer; shall promptly report any personal status changes to the probation officer: this shall include immediately reporting any contact by law enforcement officers regarding a criminal investigation or any additional criminal charges placed against the defendant. The defendant shall continue to reside at his/her current residence, and shall not change residences without the permission of the probation officer. All overnight stays must be at address of record.
(c) The defendant shall abstain from the excessive use of alcohol or any use or possession of any controlled substances unless prescribed by a licensed treating physician for a legitimate medical purpose.

(d) The defendant shall not possess a firearm or other dangerous weapon and shall reside in a residence free of such.
(e) The defendant shall submit to random routine drug and or alcohol testing as directed by the probation officer; shall submit to random pill counts as directed by the probation officer.
(f) The defendant shall not travel outside the Western District of Virginia or Southern District of West Virginia without first obtaining permission from the probation officer.
(g) The defendant shall submit to warrantless search and seizure of his/her person and property as directed by the probation officer for the purpose of determine if he/she is in compliance with his/her conditions of pretrial release.
(h) The defendant shall not associate with any known users/possessors/distributors or manufacturers of illegal controlled substances and shall not be present in any location where illegal controlled substances are being used, possessed, manufactured and/or distributed, unless approved by the supervising officer in cooperation with law enforcement officers.
(i) The defendant shall restrain any animals on the premises of his/her residence in a way so as to not interfere with the probation officer's access to the defendant's residence and to ensure the officer's safety.
(j) The defendant shall allow the probation officer open communications with any financial institution in re: financial accounts.
**(k)** The defendant shall allow the probation officer open communication with any treatment agencies or health care providers for the purpose of monitoring the defendant's compliance with all treatment requirements. Defendant must identify only one pharmacy that the defendant will be using .

**NOTE: If the defendant is remanded to custody, a preliminary exam must be held within 14 days. If the defendant is released on bond, a preliminary exam must be held within 21 days. If the defendant waives a preliminary exam, Form AO-0468 must be executed by the defendant and his/her counsel.**